People of the State of Illinois, on Relation of Petitioners, Earl Fraley, Lester Collins, Frank Shamorian and Stanley A. Durka, and Said Persons Individually, Petitioners-Appellants, v. Howard Guthrie, City Clerk, of Waukegan, Illinois, and Robert Sabonjian, Mayor, City of Waukegan, Illinois, Respondents-Appellees.

Gen. No. 11,562.

Second District, Second Division.

April 27, 1962.

Rehearing denied June 18, 1962.

Stanley A. Durka, of Waukegan, for appellant; Murray R. Conzelman, of Waukegan, for appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.